FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 29 PM 3:23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALD J. HEDRICK, JR. AND REBECCA HEDRICK** | **CIVIL ACTION** |
| | **NO. 05-5253** |
| **VERSUS** | |
| | **SECTION "C"(3)** |
| **WERNER COMPANY** | |

## ANSWER

Defendant, Werner Co., for answer to the original complaint of plaintiffs, Gerald J. Hedrick, Jr. and Rebecca Hedrick, with respect states:

**1.**

Defendant denies the truth of the allegations of fact in Paragraph I of the original petition, except to admit that Werner Co. is a corporation that was organized and exists under the laws of the State of Pennsylvania and maintains its principal place of business in Greenville, Pennsylvania.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
\_\_ CtRmDep\_\_\_\_\_
\_\_ Doc. No.\_\_\_\_\_

**2.**

Defendant denies the truth of the allegations of fact in Paragraph II of the original petition.

**3.**

Defendants denies the truth of the allegations of fact in Paragraph III of the original petition.

**4.**

Defendant denies the truth of the allegations of fact in Paragraph IV of the original petition.

**5.**

Defendant denies the truth of the allegations of fact in Paragraph V of the original petition.

**6.**

Defendant denies the truth of the allegations of fact in Paragraph VI of the original petition.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

**7.**

Defendant denies the truth of the allegations of fact in Paragraph VII of the original petition.

**8.**

Defendant denies the truth of the allegations of fact in Paragraph VIII of the original petition.

**9.**

Defendant denies the truth of the allegations of fact and conclusions of law in Paragraph IX of the original petition, which was mistakenly identified as Paragraph "XI".

**AND NOW,** for further answer to the original complaint of plaintiffs, defendant avers:

**10.**

Defendant denies that the product in question was unreasonably dangerous. Defendant submits the product was designed and manufactured in accordance with all applicable industrial, safety and governmental standards, regulations and requirements.

**11.**

Defendant denies that it possessed any actual or constructive knowledge of the presence of a defect, deficiency or hazardous condition in the product at the time it was placed in commerce.

**12.**

Defendant pleads all defenses that exist or are provided for, either explicitly or implicitly, under the Louisiana Products Liability Act, La. R.S. 9:2800.51, *et seq.*

**13.**

Any injuries or damages allegedly sustained by plaintiffs, which are denied, were not caused or contributed to, proximately or otherwise, by the actions, activities or omissions of defendant, or by any condition or characteristic of any product it manufactured.

**14.**

Plaintiffs' action is preempted to the extent that any injuries or damages they allegedly sustained were caused or contributed to by the failure to adhere to federal regulations governing the care and use of the ladder.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

**15.**

Any injuries or damages allegedly sustained by plaintiffs, which are denied, were caused or contributed to by the fault or lack of due care of plaintiff, Gerald J. Hedrick, Jr., including, but not limited to, failing to inspect the ladder, failing to erect the ladder in a proper and safe position, failing to be attentive, failing to maintain the ladder in a proper and safe condition, failing to comply with all rules and instructions regarding the manner in which the ladder should be used, and failing to do other things, which will be shown in greater detail at trial, which fault should bar, or, in the alternative, proportionately should reduce the amount of damages plaintiffs otherwise may be entitled to recover.

**16.**

Any injuries or damages allegedly sustained by plaintiffs, which are denied, were caused or contributed to by the misuse of the product, or the manner in which the product was used was not a use the manufacturer should have reasonably anticipated.

**17.**

Any injuries or damages allegedly sustained by plaintiffs, which are denied, were caused or contributed to by a modification or alteration made to the product subsequent to the product leaving the physical possession and control of the manufacturer.

DEUTSCH,
KERRIGAN &
STILES, L.L.P.

**18.**

Any injuries or damages allegedly sustained by plaintiffs, which are denied, were caused or contributed to by a condition that was obvious, or should have been obvious to plaintiff, and for which the seller had no obligation to provide a warning or to take any other action.

**19.**

Any injuries or damages allegedly sustained by plaintiffs, which are denied, were caused or contributed to by the actions or activities of others, over whom defendant had no control or a duty to control, including, but not limited to, the actions, activities or omissions of any employer of plaintiff.

**20.**

Any injuries or damages allegedly sustained by plaintiffs, which are denied, were caused or contributed to by plaintiffs' failure to heed the advice and recommendations of their health care providers.

**21.**

Any injuries or damages allegedly sustained by plaintiffs, which are denied are due to pre-existing illnesses or conditions, which did not result from or arise out of the incident alleged.

**22.**

Plaintiffs have failed to minimize their damages.

**23.**

Defendant demands trial by jury.

**WHEREFORE**, defendant, Werner Co., prays that its answer be deemed good and sufficient, and after due proceedings are had, that the original complaint of plaintiffs, Gerald J. Hedrick, Jr. and Rebecca Hedrick, be dismissed with prejudice and at their cost, and for such further relief as justice, law and equity may provide.

**DEUTSCH, KERRIGAN & STILES, L.L.P.**

Respectfully submitted,

_____
Howard L. Murphy (Bar #9844)
John B. Esnard III (Bar #25664)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Telefax: (504) 566-1201
Attorneys for Werner Co.

## CERTIFICATE OF SERVICE

I certify this pleading has been served on plaintiffs through their counsel of record, Franklin G. Shaw, Esq., Leger & Mestayer, Ninth Floor, 600 Carondelet Street, New Orleans, Louisiana 70130; and Malcolm B. Robinson, Jr., Esq., 5500 Veterans Memorial Boulevard, Suite 200, Metairie, Louisiana 70003, by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 28th day of November, 2005.

_____
Howard L. Murphy

#81513v1<DKS> -37615020.P01.answer

DEUTSCH, KERRIGAN & STILES, L.L.P.